1 | JACK S. SHOLKOFF, CA Bar No. 145097
jack.sholkoff@ogletreedeakins.com
2 | DAPHNE PIERRE BISHOP, CA Bar No. 217519
daphne.bishop@ogletreedeakins.com
3 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
4 | Los Angeles, CA 90071
Telephone: 213.239.9800
5 | Facsimile: 213.239.9045

6 | Attorneys for Defendants
PANDA RESTAURANT GROUP, INC. &
7 | PANDA EXPRESS, LLC

8 | BONONI LAW GROUP, LLP
William S. Waldo (State Bar No. 073973)
9 | wwaldo@bononilawgroup.com
Peter C. Flanderka (State Bar No. 144538)
10 | pflanderka@bononilawgroup.com
Anne S. Kelson (State Bar No. 257851)
11 | akelson@bononilawgroup.com
915 Wilshire Blvd., Suite 1950
12 | Los Angeles, California 90017
Telephone: (213) 553-9200
13 | Facsimile: (213) 553-9215

14 | Attorneys for Plaintiff
PATRICIA PELTON

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA PELTON, on behalf of herself and all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PANDA RESTAURANT GROUP, INC., a California Corporation; PANDA EXPRESS, LLC, a business entity; JASON WONG, an individual, and Does 1 through 50, inclusive,,<br><br>Defendants. | **CASE NO. 10-CV-08458-CAS (MANx)**<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Hearing Date: July 9, 2012<br>Hearing Time: 10:00 a.m.<br><br>Complaint Filed: September 29, 2010<br>Removed to Fed.: November 5, 2010 |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on July 9, 2012, at 10:00 a.m. or as soon thereafter as the matter may be heard in the courtroom of the Honorable Christina Snyder in Courtroom 5 of the above-entitled Court, located at 312 N. Spring Street, Los Angeles, California, 90012, plaintiff Patricia Pelton and defendants Panda Restaurant Group, Inc. and Panda Express, LLC will jointly move for final approval of a class action settlement in this case. The motion will be based on Federal Rule of Civil Procedure 23(e), the foregoing notice, points and authorities, and declarations and exhibits filed concurrently herewith, and the pleadings, records and files in this action.

Dated:  June 4, 2012

BONONI LAW GROUP, LLP

By: /s/ William S. Waldo, Esq.
William S. Waldo
Peter C. Flanderka
Anna S. Kelson
Attorneys for Plaintiff
Patricia Pelton

Dated:  June 4, 2012

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Daphne P. Bishop, Esq.
Jack S. Sholkoff
Daphne Pierre Bishop
Attorneys for Defendants
Panda Restaurant Group, Inc. &
Panda Express, LLC

12484859.1 (OGLETREE)