UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV10-8458-CAS(MANx) | Date | July 9, 2012 |
|---|---|---|---|
| Title | *PATRICIA PELTON, ETC. v. PANDA RESTAURANT GROUP, IN.; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Isabel Martinez, Relief CRD | Laura Elias | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| William Waldo | Dawn Collins | |

**Proceedings:**   PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES TAXABLE AND NON-TAXABLE COSTS AND EXPENSES, CLASS REPRESENTATIVE ENHANCEMENT AND APPROVAL OF SETTLEMENT OF PLAINTIFF'S INDIVIDUAL CLAIM (Filed 06/01/12)

PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT (Filed 06/04/12)

Hearing held and counsel are present.  The Court confers with counsel and grants the motions.  Order to issue.

|  | 00 | : | 03 |
|---|---|---|---|
| Initials of Preparer | | IM | |